UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINA FLORES,<br><br>  Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>  Respondents. | No. 1:26-cv-00078 TLN CSK<br><br><br><u>ORDER</u> |

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee.

On January 7, 2026, Chief Judge Troy L. Nunley ordered that if petitioner intended to file a motion for a temporary restraining order, petitioner shall file her motion as soon as possible and no later than January 9, 2026. (ECF No. 3.) If petitioner did not intend to file a motion for a temporary restraining order, Chief Judge Nunley ordered petitioner to notify the Court immediately. (<u>Id.</u>) Petitioner's counsel informed the Court that he does not intend to file a motion for a temporary restraining order.

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] Because petitioner may be entitled

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241

1

to the requested relief if the claimed violation of constitutional rights is proved, respondent is directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 7 days from the date of this order.  See 28 U.S.C. § 2243.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file an answer or motion to dismiss within 7 days from the date of this order.  Respondents shall include with the answer or motion to dismiss any and all transcripts or other documents relevant to the determination of the issues presented in the application, including all referenced or relevant portions of petitioner's A-File and other supporting documents, **including records that document release and release orders, any relevant violations of release, and detention and detention orders**.

2. Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 7 days after being served with a copy of respondent's answer or motion to dismiss.  A reply by respondent to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

3. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before United States Magistrate Judge and a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.  Respondent shall file the consent form on or before February 6, 2026.

Dated:  January 8, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Flor0078.100/2

---

petitions.