UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINA FLORES,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden,<br>California City Detention Facility, et al.,<br><br>Respondents. | No.  1:26-cv-00078-TLN-CSK<br><br><br>**ORDER** |

Petitioner Rosalina Flores ("Petitioner") is a noncitizen prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 24, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Respondent filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

1

analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 13) are adopted in full.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. Respondents are required to immediately release Petitioner Rosalina Flores from detention under the previously imposed conditions of release.

4. Respondents are enjoined and restrained from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that her physical custody is legally justified.  If Respondents have custody of petitioner's documents (e.g., identification, passport, work permit, Social Security card, etc.) or possessions, Respondents are ordered to return those to Petitioner at the time of release.

5. Respondents shall file, within 7 days of the date of this order, a status report addressing petitioner's status.

6. Judgment is entered in favor of the petitioner, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: March 10, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]   A certificate of appealability is not required for an appeal from the denial of a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241.  See 28 U.S.C. § 2253; Harrison v. Ollison, 519 F.3d 952 (9th Cir. 2008).

2